**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LATISHA MITCHELL STEWART**                                                            **PLAINTIFF**

**VS.**                                                            **CAUSE NO. 1:16-CV-00166-SA-DAS**

**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE;**
**STEVE BELEW, in His Individual Capacity;**
**and RANDY BAXTER, Individually**                                                            **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having agreed to and announced to the Court a settlement of this case, and the Court

being advised that all parties have an informed understanding of their rights and a full appreciation of the

consequences of the settlement, and the Court desiring that this matter be finally closed on its docket:

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties,

with each party to bear their own costs.

SO ORDERED, this the 2nd day of June, 2017.


                                                             /s/ Sharion Aycock
                                                            U.S. DISTRICT JUDGE

AGREED:


*/s/ Jim Waide*
Jim Waide, MS Bar No. 6857
WAIDE & ASSOCIATES, P.A.
*Attorney for Plaintiff*


*/s/ Daniel K. Tucker*
Daniel K. Tucker, MS Bar No. 8780
DANIEL K. TUCKER, P.A.
*Attorney for Defendants Northeast Mississippi*
*Community College and Randy Baxter*


*/s/ Christopher E. Kitchens*
Christopher E. Kitchens, MS Bar No. 10122
THE KITCHENS LAW FIRM
*Attorney for Defendant Steve Belew*